# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

2016 JUL 19 P 10: 05

| | | |
|---|---|---|
| In Re | : | Chapter 13 |
| | : | |
| KENISE ALKHATIB | : | Bankruptcy No: 16-14790 |
| | : | |
| Debtor, Pro Se | : | |
| | : | |

## CHAPTER 13 PLAN OF THE DEBTOR

Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in Philadelphia, Pennsylvania. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscorts.gov
Use of the singular word "Debtor" in this Plan includes the plural where appropriate.

## PLAN SUMMARY

Debtor's intent is not to liquidate under the protection of Chapter 7 Bankruptcy Code, as it would in fact prevent the unsecured Creditor's from payments intended for them, upon valid proof of claimed debt obligation, debtor in good-faith would be willing to honorably consider just compensation through the Chapter 13 Plan, with the administrative oversight of the trustee, otherwise, these unsecured Creditors would receive nothing under such plan.

Debtor will submit to the supervision and control of the Trustee monthly payments through a plan to pay off the agreed upon debt over a period of 36 months. The payments will be adjusted over three periods each period existing over a time of 20 months each as follows,

1. The payment of $450.00 for the first period of 12 months =     $  5,400.00
2. The payment of $750.00 for the second period of 12 months =   $  9,000.00
3. The payment of $1,250.00 for the third period of 12 months =  $ 15,000.00

Totaling                                                          $ 29,400.00

Debtor has based this plan on an amount that is disputable, yet realizing if it is in fact the amount owed by Debtor this plan will in fact cover the disputed amount that bear to reason why Debtor comes before this Honorable Court to settle a dispute that Debtor has been unable to satisfy between the Debtor and the representatives for the City of Philadelphia.

The various claims of the Debtor's Creditors are classified in this Plan as follows:

### PRIORITY CLAIMS

2016 JUL 19 P 10: 05

Claim filed and allowed which are entitled to priority. These claims include all administrative expenses, which they believe will be the Trustee's commissions, any balance of attorney fees and costs, and any tax claims.

Due to the amount of Debt being carried Debtor, which imposes a financial hardship based on income, Debtor has filed this voluntary Bankruptcy petition to improve Debtor's financial standing. With income high enough to cover bills, and the reduction of expenses, Debtor opted to repay valid claim debt obligations to Creditors through a Chapter 13 repayment plan.

### AVOID CREDIT CARDS

Through the consultation afforded the Debtor in preparing for this voluntary Chapter 13, to circumvent future credit burden the Debtor was shown how the extra cost of high interest and all that goes with the use of credit cards caused unnecessary debt upon debt. The discontinuation of the use of credit cards has been initiated by the Debtor. The realization and understanding that the use of credit cards as a temporary loan for purchasing items that may not have realistically been affordable at the time of its use as cash, posing unnecessary debt. The future plan is to avoid the use of credit cards altogether, since credit card companies can charge up to 30% interest and late fees if not paid timely.

### SET UP EMERGENCY SAVINGS FUND

Through consultation Debtor has been shown that little to no savings are reflected, therefore Debtor has initiated an Emergency Savings Fund that will be to put up enough for living expense to cover approximately 3 months. Having such a backup in place release the burden and stress of watching all bills close in, which in turn will also cause mismanagement of income and expenses.

### CUT UNNECESARY SPENDING

Avoiding unnecessary spending that has been acquired in the past has been implemented to assist in Debtor's household getting back on its feet. Unnecessary expenses include, eating out, traveling and vacationing when the budget does not allow such. Debtor's meals are being prepared at home, even a drive to areas, that walking proves to be healthy, and cost affective has been adopted by the Debtor. Debtor has put together a chart to map out and strategize on getting the most out of what can be contained to curb spending. Debtor, a senior has spent in areas that the younger members should have been supporting with their finances, since the consultation that preceded this action that has changed.

## ATTEMPTING TO IMPROVE FINANCIAL SITUATION

The avoidance of possible situations of over spending in specific areas prove to be crucial in establishing financial stability in Debtor's life going forward. The current economy has negatively affected most people, and unfortunately, cutbacks in these times are beyond our control, and can be devastating financially, if changes are not made. The most important step to improve the financial standing is to find new or supplemental income. Debtor has put the weight of the financial burden on the members of his family, who share the living space, but had not the weight of putting into the same living space financially. That has changed since the consultation, it has not been enough time to change, the problem at hand, but it has been responded to and the relief to see aid verifies through adjustments the financial picture can get better rather than worst.

## DEBT

The debt that exist has been on going, the Debtor expenses has become a very important issue to correct because the clarity of how to spend within your means is important to the point, that your situation could be stable, but by not staying within a percentage margin for areas of expenditures, debt creeps in, but for a surety all extra money going out to unnecessary debt interferes with the ability for the Debtor, and or the family members, to become creative. The Debtors'' debt did not come about with total outlandish spending but because of circumstances in the Debt, with the mortgage, not being able to reach an agreement with a payable amount that would have been maintained by the Debtor, such has affected the life style of the Debtor, to put a burden on the thinking and the ability to create from within the Debtors' means, causing the debt to linger. Debtors' ability to remove the debt, or become free in time with a workable agreement, gives to Debtor the ability to find avenues that can help increase financial handling. The debt becomes workable, reachable when a Debtor can manage the debt through its own financial planning, in fact, the Debtor's realization and past financial hardships resulting from unexpected hardship in family crisis, both medically, and the traumatic intrusion of loss of wife and son, made financial recovery and stable management of family financial resources almost unrealizable. However, Debtor is, both aware and willing to forge ahead to overcome and knows what is the best method to come out of the debt when given the opportunity.

## PRIORITY DEBT

Select Portfolio Servicing, Inc., acting on behalf of Deutsche Bank National Trust Company Revenue claim for mortgages owed would be the priority debt as it is this claim that caused Debtor to utilize the option of the Bankruptcy Chapter 13 code. The meeting between the Debtor and Creditor to settle the claim of the actual amount owed for mortgage, penalty, interest and other between the years of, 2012 and 2016, totaling approximately $29,216.00 would be paid through the Trustee as Debtor has planned and mention above in the Plan Summary

## ESTABLISHED DEBT

The Debtor has 15 remaining debts listed in the matrix. These debts Debtor acknowledge and have paid without lateness or problems. This Debtor in acceptance of the views and the help from the consultation which opened ways to understanding the best methods to relieve oneself from the burdens of debt while maintaining a normal life in a world of debt.

The Debtor intends to pay these debts outside of the plan. The Debtor believes with this Plan Summary, with the meeting between both the Debtor and the Creditors, the priority debts will be proven are not the Debtors' and the one remaining should be removed or reduced to the tax its self. Debtor attempt is to clear the debt through a plan that will pay the Creditors that are lawfully owed any valid claim debt obligation, as they were getting paid, and to remove the debts that should be removed, and work within a plan to pay overtime those that could not make an agreement with Debtor before this action.

## DISCHARGE DEBT

The acceptance of this plan by all involved, Trustee, Creditor, and at the end of such plan to cure the problem that burdens the Debtor and hinders the remote possibilities for the Debtor's plans to improve, and work in areas that would prove to be great for the City of Philadelphia, an inspiration to people and the community that would benefit from its influence in working to improve the area, Debtor would hope to have this matter cleared as a Debtor who pays his debts and have the matters discharged