United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 16-14790-amc
Kenise Alkhatib                                           Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: JeanetteG         Page 1 of 2          Date Rcvd: Aug 31, 2016
                            Form ID: pdf900         Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2016.

```
db          +Kenise Alkhatib,    6010 Cobbs Creek Parkway,    Philadelphia, PA 19143-2327
13755538    +Afhi, Inc.,    Attn; Bankruptcy,    P.O Box 3097,    Bloomington. IL 61702-3097
13755539    +American Express Travel Related,    Services Companv, Inc.,    P.O Box 3001,
              Malvern. PA 19355-0701
13755532    +Capital One Auto Finance,    9441 LB J Freeway Suite 350,    Dallas. TX 75243-4652
13755545    +Chase,    P.O Box 24696,    Columbus, OH 43224-0696
13755547    +InSolve Recovery. LLC,    P.O Box 123203,    Dallas. TX 75312-3203
13755534    +JPMorgan Chase Bank. N.A.,    3415 Vision Or OH4-7133,    Columbus, OH 43219-6009
13755540    +KML Law Group. P C,    Suite 5000- BNY- Independence Center,    701 Market Street,
              Philadelphia. PA 19106-1538
13755546    +Long Beach Mortgage Loan Trust,    3815 South West Temple,    Salt Lake City. UT 84115-4412
13755530     PECO,    P.O. Box 37629,    Philadelphia, PA 19101-0629
13755542   #+Select Portfolio Servicing. Inc.,    3815 South West Temple,    Salt Lake Citv. UT 84115-4412
13755541    +Toyota Motor Credit Corporation,    P.O Box 3001,    Malvern, PA 19355-0701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: bankruptcy@phila.gov Sep 01 2016 10:33:03     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2016 10:32:29
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2016 10:33:01     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13755531    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 01 2016 10:32:47     ASSEST ACCEPTANCE. EEC,
              P.O Box 2036,    Warren, MI 48090-2036
13755537    +E-mail/Text: EBNProcessing@afni.com Sep 01 2016 10:32:52    Afni. Inc.,    P.O. Box 3667,
              Bloomington. IL 61702-3667
13755543    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 01 2016 10:42:38     American InfoSource LP,
              P.O Box 268941,    Oklahoma. OK 73126-8941
13755526     E-mail/Text: bankruptcy@phila.gov Sep 01 2016 10:33:03     City Of Philadelphia,
              Department Of Revenue,    P.O. Box 1630,    Philadelphia, PA 19105-1630
13755536    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 01 2016 11:31:12
              Capital One Auto Finance,    P.O Box 201347,    Arlington, TX 76006-1347
13755544     E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 01 2016 10:36:00
              Capital One Auto Finance,    3905 N Dallas Pkw>,    Piano. TX 75093
13758081    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 01 2016 11:31:11
              Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
              Arlington, TX 76006-1347
13775310    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 01 2016 11:36:33
              Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
              Arlington, TX 76006-1347
13755533    +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 01 2016 10:33:30     Credit Collections Sr,
              P.O. Box 9134,    Needham. MA 02494-9134
13755535    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 01 2016 10:32:49     Midland Funding,
              8875 Aero Dr Suite 200,    San Diego. CA 92123-2255
                                                                                               TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
13755527*     ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
                1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
              (address filed with court: City Of Philadelphia,    Department Of Revenue,    P.O. Box 1630,
                Philadelphia, PA 19105-1630)
13755528*     ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
                1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
              (address filed with court: City Of Philadelphia,    Department Of Revenue,    P.O. Box 1630,
                Philadelphia, PA 19105-1630)
13755529*     ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
                1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
              (address filed with court: City Of Philadelphia,    Department Of Revenue,    P.O. Box 1630,
                Philadelphia, PA 19105-1630)
                                                                                TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2           User: JeanetteG            Page 2 of 2                   Date Rcvd: Aug 31, 2016
                               Form ID: pdf900            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2016 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-1, Asset-Backed
               Certificates, Series 2005-1 bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 3

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENISE ALKHATIB                                    Chapter 13

                Debtor                                    Bankruptcy No. 16-14790-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
PRO-SE
*
*
*, * *

Debtor:
KENISE ALKHATIB

6010 Cobbs Creek Parkway

Philadelphia, PA 19143